**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **REYNALDO ORTIZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 1:19-cv-05789 |
| | ) | |
| **IKEA US RETAIL LLC,** | ) | Honorable John Robert Blakey |
| **individually and d/b/a IKEA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68**

Plaintiff, Reynaldo Ortiz, by and through his attorneys, MURPHY STONER, moves this Honorable Court for entry of judgment in favor of Plaintiff, Reynaldo Ortiz, and against defendant, IKEA US RETAIL LLC individually and d/b/a IKEA, pursuant to Rule 68, Fed. R. Civ. P. In support thereof, Plaintiff states as follows:

1. On January 24, 2022 defendant made a Rule 68 offer of Judgment to plaintiff in the amount of $300,000.00.

2. On January 26, 2022, plaintiff communicated his acceptance of the defendant's Rule 68 offer of judgment and on said date plaintiff filed said acceptance and offer with the Clerk of Court. A copy of the plaintiff's acceptance is attached hereto as Plaintiff's Exhibit 1.

3. Pursuant to the Minute Order entered in this case on August 23, 2021, the parties are to file a joint status report on or before January 31, 2022; however, the need therefor appears to be obviated due to acceptance of the Rule 68 offer of judgment.

4. Plaintiff, Reynaldo Ortiz, respectfully requests that judgment be entered in his favor in the amount of $300,000.00 against defendant, IKEA US RETAIL LLC individually and d/b/a IKEA.

WHEREFORE, Plaintiff, Reynaldo Ortiz, respectfully requests that this Court grant his motion and enter judgment in his favor against Defendant, IKEA US RETAIL LLC individually and d/b/a IKEA, in the amount of $300,000.00.

Respectfully submitted,

**REYNALDO ORTIZ,**

/s/ Daniel E. Murphy 6199485
One of Plaintiff's attorneys

Daniel E. Murphy (#6199485)
Justin S. Stoner (#6293888)
53 W. Jackson Blvd., Suite 1342
Chicago, IL 60604
(312) 267-6900